**intelligent discovery management**

PO Box 986
Bowling Green Station
New York, NY 10274

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2013 | 5599 |

| Due Date | |
|---|---|
| 9/30/2013 | |

Bill To:

Kent, Beatty & Gordon, LLP
425 Park Avenue
New York, NY 10022
Attn: Josh Katz

| | Project |
|---|---|
| | Broadspring |
| Terms | Workorder |
| Net 30 | KBG2028_003-005 |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 2 | Hours - Project Management - loading production on KBG Servers | 225.00 | 450.00 |
| 6 | Hours - Project Management - Prepare VOL001 | 225.00 | 1,350.00 |
| 0.15 | Minimum Fee - Gigabytes - Processing Electronic files, extraction of metadata and fulltext, tiffing images, deduplication included | 350.00 | 52.50 |
| 56.895 | Gigabytes - Processing Electronic files, extraction of metadata and fulltext, and Native File Delivery | 250.00 | 14,223.75 |
| 4 | Users - Monthly User Fee | 75.00 | 300.00T |
| 49.4 | Gigabytes - Monthly Gigabyte Storage Fee | 35.00 | 1,729.00T |
| | Sales Tax in NYC as of 8/1/2009 | 8.875% | 180.07 |

Federal Tax ID #: 45-5249985  -  If you have questions regarding this invoice please either call 212-899-5250  or email kkrebs@idmlitsup.com

**Total** $18,285.32

Please remit all payments to: Intelligent Discovery Management LLC, P.O. Box 986, Bowling Green Station, New York, NY, 10274



PO Box 986  
Bowling Green Station  
New York, NY 10274

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2013 | 5649 |
| Due Date | |
| 10/30/2013 | |

Bill To:

Kent, Beatty & Gordon, LLP  
425 Park Avenue  
New York, NY 10022  
Attn: Josh Katz

| | Project |
|---|---|
| | Broadspring |
| Terms | Workorder |
| Net 30 | IKBG001008-012 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2 | Hours - Project Management load Defendants production on KBG Servers | 225.00 | 450.00 |
| 4 | Hours - Project Management - create production volumes Vol002-Vol004 | 225.00 | 900.00 |
| 49.4 | Gigabytes - Monthly Gigabyte Storage Fee Viewpoint, Sept 2013 | 35.00 | 1,729.00T |
| 4 | Users - Monthly User Fee Viewpoint, Sept 2013 | 75.00 | 300.00T |
| 0.067 | Gigabytes - exported for production - Vol002 - Vol004 | 350.00 | 23.45T |
| | Sales Tax in NYC as of 8/1/2009 | 8.875% | 182.15 |

Federal Tax ID #: 45-5249985   -   If you have questions regarding this invoice please either call 212-899-5250  or email kkrebs@idmlitsup.com

**Total**  $3,584.60

Please remit all payments to: Intelligent Discovery Management LLC, P.O. Box 986, Bowling Green Station, New York, NY, 10274



PO Box 986
Bowling Green Station
New York, NY 10274

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2013 | 5684 |
| Due Date | |
| 11/30/2013 | |

Bill To:

Kent, Beatty & Gordon, LLP
425 Park Avenue
New York, NY 10022
Attn: Josh Katz

| | Project |
|---|---|
| | Broadspring |
| Terms | Workorder |
| Net 30 | KBG2028_007-8 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Hours - Technical Time Data Loading | 225.00 | 225.00 |

Federal Tax ID #: 45-5249985  -  If you have questions regarding this invoice please either call 212-899-5250  or email kkrebs@idmlitsup.com

**Total**  $225.00

Please remit all payments to: Intelligent Discovery Management LLC, P.O. Box 986, Bowling Green Station, New York, NY, 10274