## Veritext New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | Invoice #: | NY1899410 |
|---|---|---|---|
| **Bill To:** | Jack Gordon, Esq.<br>Kent Beatty & Gordon<br>425 Park Ave.<br>Fl. 31<br>New York, NY, 10022-3513 | Invoice Date:<br>Balance Due: | 11/20/2013<br>$4,030.70 |

| | |
|---|---|
| Case: | Broadspring v. Congoo, 13 Civ. 1866 (JMF) (S.D.N.Y.) |
| Job #: | 1758042 \| Job Date: 10/29/2013 \| Delivery: Normal |
| Billing Atty: | Jack Gordon, Esq. |
| Location: | Kent Beatty & Gordon |
| | 425 Park Ave. \| Fl. 31 \| New York, NY 10022-3513 |
| Sched Atty: | \| Kent Beatty & Gordon |

*PAID via AMEX (JAG) 11/21/13*

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Rafael Cosentino | Original with 1 Certified Transcript | Page | 541.00 | $4.95 | $2,677.95 |
| | Attendance Fee | 1 | 3.00 | $55.00 | $165.00 |
| | Rough Draft | Page | 541.00 | $1.75 | $946.75 |
| | Surcharge - Extended Hours | Hour | 115.00 | $1.50 | $172.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

**Notes:** **THIS INVOICE REPLACES # 1893927**

| | |
|---|---|
| Invoice Total: | $4,030.70 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $4,030.70 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

*Broadspring* (signature)

**To pay online, go to www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | NY1899410 |
| Job #: | 1758042 |
| Invoice Date: | 11/20/2013 |
| Balance: | $4,030.70 |

814

# Veritext New York Reporting Co.

200 Old Country Road, Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jack Gordon, Esq.<br>Kent Beatty & Gordon<br>425 Park Ave.<br>Fl. 31<br>New York, NY, 10022-3513 | | Invoice #: | NY1898324 |
|---|---|---|---|---|
| | | | Invoice Date: | 11/20/2013 |
| | | | Balance Due: | $1,436.70 |

| Case: | Broadspring v. Congoo, 13 Civ. 1866 (JMF) (S.D.N.Y.) |
|---|---|
| Job #: | 1762156 | Job Date: 11/5/2013 | Delivery: Normal |
| Billing Atty: | Jack Gordon, Esq. |
| Location: | Kent Beatty & Gordon<br>425 Park Ave. | Fl. 31 | New York, NY 10022-3513 |
| Sched Atty: | | Kent Beatty & Gordon |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Ian Kane | Original with 1 Certified Transcript | Page | 196.00 | $4.95 | $970.20 |
| | Attendance Fee | 1 | 1.00 | $55.00 | $55.00 |
| | Rough Draft | Page | 196.00 | $1.75 | $343.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,436.70 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,436.70 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

0814

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

Invoice #: NY1898324
Job #: 1762156
Invoice Date: 11/20/2013
Balance: $1,436.70